# United States District Court
## Southern District of Georgia

JOE HAND PROMOTIONS, INC.,

    Plaintiff,

## JUDGMENT IN A CIVIL CASE

    V.

CASE NUMBER: CV6:15-56

CHESTER FLINT, individually and
d/b/a CHESTFIELD'S BAR & GRILL,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order entered on January 7, 2016, Plaintiff's motion for default judgment is GRANTED IN PART and DENIED IN PART. Plaintiff's motion for default judgment with respect to liability is GRANTED. Plaintiff is GRANTED $1,200.00 for statutory damages and $1,545.00 for attorney fees. Plaintiff's request for enhanced damages is DENIED. Judgment is entered in favor of Plaintiff for a total amount of $2,745.00. This civil action stands CLOSED.



01/07/2016
Date

Scott L. Poff
Clerk

_Jara A. Burton_
(By) Deputy Clerk